# UNITED STATES DISTRICT COURT

### for

## EASTERN DISTRICT OF NORTH CAROLINA
## SOUTHERN DIVISION

**U.S.A. vs. Melissa Elaine Payton**                     **Docket No. 7:09-CR-35-1**

### Petition for Action on Supervised Release

COMES NOW Djoni Barrett, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Melissa Elaine Payton, who, upon an earlier plea of guilty to Manufacturing Counterfeit U.S. Currency and Aiding and Abetting, in violation of 18 U.S.C. §§ 471 and 2, was sentenced by the Honorable Malcolm J. Howard, Senior U.S. District Judge, on January 6, 2010, to the custody of the Bureau of Prisons for a term of 4 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 36 months under the standard conditions adopted by the court and the following additional conditions:

1.    The defendant shall consent to a warrantless search by a United States Probation Officer or, at the request of the probation officer, any other law enforcement officer, of the defendant's person and premises, including any vehicle, to determine compliance with the conditions of this judgment.

2.    The defendant shall cooperate in the collection of DNA as directed by the probation officer.

3.    The defendant shall pay a special assessment of $100 and restitution of $500.

Melissa Elaine Payton was released from custody on June 16, 2010, at which time the term of supervised release commenced.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

Since the defendant's release, she has been unable to secure gainful employment. To assist her with job readiness skills, the probation officer is recommending the conditions of supervision be modified to include vocational training, cognitive behavioral training, and educational services.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1.  The defendant shall participate in a vocational training program as directed by the probation office.

2.  The defendant shall participate in a cognitive behavioral program as directed by the probation office.

3.  The defendant shall participate in an educational services program as directed by the probation officer. Such program may include GED preparation, English as a Second Language classes, and other classes designed to improve the defendant's proficiency in skills such as reading, writing, mathematics, or computer use.

    Except as herein modified, the judgment shall remain in full force and effect.


Reviewed and approved,

I declare under penalty of perjury that the foregoing is true and correct.


  /s/ Kevin L. Connolly
Kevin L. Connolly
Supervising U.S. Probation Officer

   /s/ Djoni B. Barrett
Djoni B. Barrett
U.S. Probation Officer
472-C Western Blvd.
Jacksonville, N.C. 28546
Phone: (910) 346-5255, ext. 224
Executed On: November 18, 2010


### ORDER OF COURT

Considered and ordered this __2-2__ day of _____*Nov*_____, 2010, and ordered filed and made a part of the records in the above case.

Malcolm J. Howard
Senior U.S. District Judge